GREINER, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Fred Greiner, as executor, etc., against Charles A. Smith. No opinion. Order affirmed, with $10 costs and disbursements.

GROWER, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 22, 1905.) Action by Nellie I. Grower, as administratrix, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., dissents upon the ground that the evidence presented questions of fact as to the negligence of defendant and freedom from contributory negligence of plaintiff's intestate which should have been submitted to the jury.

GUFFANTI, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Helen Guffanti, administratrix, against the city of New York and others. E. A. Freshman, for appellants. E. M. Leventritt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GUTHMULLER, Appellant, v. MASONIC LIFE ASS'N of WESTERN NEW YORK, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 22, 1905.) Action by Charles Guthmuller against the Masonic Life Association of Western New York. No opinion. Order affirmed, with $10 costs and disbursements.

HAAK, Respondent, v. BUFFALO, R. & P. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1905.) Action by Jeremiah Haak against the Buffalo, Rochester & Pittsburg Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event, upon questions of law only; the facts having been examined and no error found therein.

McLENNAN, P. J., and NASH, J., vote for reversal on the ground that the evidence fails to show actionable negligence on the part of the defendant. HISCOCK, J., votes for reversal on the ground that it was error to refuse to charge as requested by defendant's counsel in his last request. SPRING and WILLIAMS, JJ., vote for reversal upon the ground of errors in the charge, and also upon the ground that the verdict is contrary to and against the weight of the evidence.

HADDAM GRANITE CO., Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by the Haddam Granite Company against the Brooklyn Heights

Railroad Company. T. L. Hughes, for appellant. J. Ewen, for respondent. No opinion. Judgment and order affirmed, with costs.

HALE, Respondent, v. WORSTELL et al., Appellants. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) Action by William H. Hale against John P. Worstell and others. No opinion. Judgment affirmed, with costs.

HALL, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 17, 1905.) Action by Robert Hall against the Metropolitan Street Railway Company. C. F. Brown, for appellant. R. H. Mitchell, for respondent. No opinion. Reargument ordered.

HALLOCK, Respondent, v. FINDLAY, Appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1905.) Action by Alanson Hallock against William S. C. Findlay. No opinion. Judgment of the County Court of Orange county affirmed by default, with costs.